UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN CARLOS GUTIERREZ, | ) | Case No. CV 08-8638-RGK(RC) |
| Petitioner, | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| M.S. EVANS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: January 8, 2009

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-8638.jud
1/6/09